1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CHOI

6

7

8

                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12 | UNITED STATES OF AMERICA,      )   No. CR 09-0626 JF
   |                                )
13 |              Plaintiff,        )   **STIPULATION TO CONTINUE**
   |                                )   **HEARING AND EXCLUDE TIME;**
14 | v.                             )   **[PROPOSED] ORDER**
   |                                )
15 | SUNG HO CHOI,                  )
   |                                )
16 |              Defendant.        )
   |_____)

17       Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled

19 for Thursday, January 14, 20010 at 9:00 a.m., be continued to Wednesday, January 27, 2010, at

20 9:00 a.m.   The continuance is requested because the defense has retained an expert to evaluate

21 the alleged under-reported income, and the defense has prepared an analysis of the government's

22 estimate.  The government will require time to review the defendant's analysis.

23       The parties further agree that time should be excluded under the Speedy Trial Act, 18

24 U.S.C. § 3161(h)(7)(A), because the defense requires time for effective preparation and

25 investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy

26 trial.

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR-09-0626 JF                              1

Dated: 1/11/10

_____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 1/11/10

_____/s/_____
TOM MOORE
Assistant United States Attorney

# [PROPOSED] ORDER

The parties have jointly requested a continuance of the hearing set for Thursday, January 14, 2010, to allow time for the parties to complete investigation and preparation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Thursday, January 14, 2009, be continued to Wednesday, January 27, 2010, at 9:00 a.m.

Pursuant to the parties' stipulation, and based on the parties' ongoing evaluation of the evidence, the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS FURTHER ORDERED that the period of time from January 14, 2010 to January 27, 2010, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Dated: 1/14/10

_____
JEREMY FOGEL
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR-09-0626 JF                    2