BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CHOI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                            )<br>              Plaintiff,                         )<br>                                                            )<br>v.                                                         )<br>                                                            )<br>SUNG HO CHOI,                               )<br>                                                            )<br>              Defendant.                      )<br>_____) | No. CR 09-0626 JF<br><br>**STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Thursday, April 29, 2010 at 9:00 a.m., be continued to Thursday, May 6, 2010, at 9:00 a.m. The continuance is requested because the defense requires additional time to review a proposed plea agreement with Mr. Choi with the assistance of an interpreter and to discuss the proposed plea agreement with the government.

The parties further agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

| | | |
|---|---|---|
| 2 | Dated: 4/26/10 | _____/s/_____ |
| 3 | | LARA S. VINNARD<br>Assistant Federal Public Defender |
| 4 | Dated: 4/27/10 | _____/s/_____ |
| 5 | | THOMAS MOORE<br>Assistant United States Attorney |

### [PROPOSED] ORDER

The parties have jointly requested a continuance of the hearing set for Thursday, April 29, 2010, to allow time for effective defense preparation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Thursday, April 29, 2010, be continued to Thursday, May 6, 2010, at 9:00 a.m.

Pursuant to the parties' stipulation, and based on the defense's need for additional time fore effective preparation, the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS FURTHER ORDERED that the period of time from April 29, 2010, to Thursday, May 6, 2010, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

Dated: 4/27/10

_____
JEREMY FOGEL
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR-09-0626 JF                       2